[No. 2728-1.    Division One.    December 29, 1975.]

THE STATE OF WASHINGTON, *Respondent*, v. MELVIN ALAN VAN DYKE, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 6131, Alfred O. Holte, J., entered De-

cember 6, 1973. *Affirmed* by unpublished per curiam opinion.